1
 2
 3
 4
 5
 6
 7
 8                         **UNITED STATES DISTRICT COURT**
 9                        **CENTRAL DISTRICT OF CALIFORNIA**
10
11  MICHAEL DEWAYNE ALLEN,           )  NO. CV 12-9814-DMG(E)
                                     )
12                 Plaintiff,        )
                                     )
13       v.                          )  ORDER ACCEPTING FINDINGS,
                                     )
14  C.O. GIODONEZ, et al.,           )  CONCLUSIONS AND RECOMMENDATIONS
                                     )
15                 Defendants.       )  OF UNITED STATES MAGISTRATE JUDGE
                                     )
16  _____)
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  First Amended Complaint, all of the records herein and the attached
20  Report and Recommendation of United States Magistrate Judge.  The
21  Court accepts and adopts the Magistrate Judge's Report and
22  Recommendation.
23
24       IT IS ORDERED that:  (1) the Report and Recommendation of the
25  Magistrate Judge is accepted and adopted; and (2) Judgment shall be
26  entered dismissing the action without prejudice.
27  ///
28  ///

1   IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on the Plaintiff.
3
4 DATED: October 3, 2013
5
6                                    _____
7                                         DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE