**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
MICHAEL DEWAYNE ALLEN,        )  NO. CV 12-9814-DMG(E)
                              )
          Plaintiff,          )
                              )
     v.                       )  JUDGMENT
                              )
C.O. GIODONEZ, et al.,        )
                              )
          Defendants.         )
_____)
```

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 3, 2013

                                    _____
                                          DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE