**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN, | NO. CV 12-9814-DMG(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| C.O. GIODONEZ, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  May 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE